SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 07 70263 EDL |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER EXCLUDING TIME |
| ) | |
| MALEKA MAY, ) | |
| ) | |
|     Defendant. ) | |

    On May 7, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 7, 2007 to May 24, 2007 for effective preparation of counsel, in that defense counsel required adequate time to obtain and review information and discovery relevant to the charges in this case. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by such a continuance outweighed the best

///

1  interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

4                                              SCOTT N. SCHOOLS
                                               United States Attorney

6  DATED: May 10, 2007                         _____/s/_____
                                               JULIE A. ARBUCKLE
7                                              Assistant United States Attorney

8  DATED: May 11, 2007                         _____/s/_____
                                               William Goodman
9                                              Attorney for Defendant Maleka May,
10                                             Appearing Specially

12     As the Court found on May 7, 2007, and for the reasons stated above, the Court finds that the

13  ends of justice served by the continuance outweigh the best interests of the public and the

14  defendant in a speedy trial and that time should be excluded from the calculations under the

15  Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 7, 2007 to May 24, 2007

16  for good cause and the effective preparation of defense counsel.  See 18 U.S.C. §3161 (h)(8)(A).

17  The failure to grant the requested continuance would deny counsel reasonable time necessary for

18  effective preparation, taking into account the exercise of due diligence, and would result in a

19  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21  SO ORDERED.

23  DATED:_____            _____
                                    Elizabeth D. Laporte
24                                  United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time - 3 07 70263 EDL                    2