Clerk's Use Only

Initial for fee pd.:

Paul K. Charlton (SBN 012449)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016
Phone: 602-530-8585

FILED
07 MAY 15 PM 2:19
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff(s),

    v.

Maleka May

        Defendant(s).

CASE NO. 3-07-70263

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul K. Charlton, an active member in good standing of the bar of United States District Court District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: William M. Goodman
Kasowitz, Benson, Torres & Friedman, LLP
832 Sansome Street
Fourth Floor
San Francisco, CA 94111
415-421-6140

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 14 MAY 2007

Paul K. Charlton