**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

United States of America,

           Plaintiff(s),

   v.

Maleka May,

           Defendant(s).

CASE NO. 3-07-70263

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

   Paul K. Charlton , an active member in good standing of the bar of U.S. District Court/District of AZ (particular court to which applicant is admitted) whose business address and telephone number is 2575 East Camelback Road, Phoenix, AZ 85016 (602) 530-8585

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: May 16, 2007

                                Elizabeth D. Laporte
                                United States Magistrate Judge