KASOWITZ, BENSON, TORRES & FRIEDMAN
WILLIAM M. GOODMAN (SBN 61305)
832 Sansome Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 421-6140
Fax: (415) 398-5030

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-07-70263 EDL |
| v. | [PROPOSED]<br>TRAVEL ORDER |
| MALEKA MAY | |

Good cause appearing, it is hereby ordered that the defendant may travel to Seattle, Washington on June 6, 2007, in order to appear in Kings County Superior Court in her divorce proceeding on June 7, 2007. The defendant shall return to Phoenix, Arizona by no later than 5:00 p.m. on June 8, 2007 and shall report forthwith by telephone to her pretrial services officer in Phoenix upon her return to Phoenix.

It is so ordered.

_____
United States Magistrate Judge

1

Approved as to form and content

_____/s/_____
Julie Arbuckle
Assistant United States Attorney