# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

CR 07 0333

UNITED STATES OF AMERICA,

V.

MALEKA MAY

**VRW**

E-Filing

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this 29TH day of May 2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

### OFFENSE CHARGED

18 USC 1001

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Max. 5 yrs. prison; $250,000 fine; 3 yrs. sup. rel.; $100 SA

**DEFENDANT - U.S.**

**DISTRICT COURT NUMBER**

CR 07 0333

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
United States Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.** 3-07-70263 EDL

**MAGISTRATE CASE NO.** 3-07-70263 EDL

**Name and Office of Person Furnishing Information on THIS FORM**  SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Julie A. Arbuckle

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                   NORTHERN DISTRICT OF CALIFORNIA
10                                         SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   CR No. 07 0333 VRW
13 |      Plaintiff,                   )   VIOLATION: Title 18, United States Code,
                                       )   Section 1001 - Making False Statements To
14 | v.                                )   An Agency of the United States
                                       )
15 |                                   )   SAN FRANCISCO VENUE
   | MALEKA MAY,                       )
16 |                                   )
   |      Defendant.                   )
17 |_____)
18
19                                           INDICTMENT
20 The Grand Jury charges:
21 COUNT ONE: 18 U.S.C. § 1001
22      On or about April 23, 2007, in the Northern District of California, the defendant,
23                                           MALEKA MAY,
24 in a matter within the jurisdiction of the United States Department of Homeland Security
25 ("DHS"), an agency of the United States, did knowingly and willfully make a material false
26 statement to DHS agents in violation of Title 18, United States Code, Section 1001 by stating
27 that she had not seen her husband, Kenneth Freeman, or had any contact with him for two years.
28 ///

INDICTMENT

FILED
07 MAY 29 PM 4:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1 | COUNT TWO: 18 U.S.C. § 1001

2 | On or about May 3, 2007, in the Northern District of California, the defendant,

3 | MALEKA MAY,

4 | in a matter within the jurisdiction of DHS, an agency of the United States, did knowingly and

5 | willfully make material false statements to DHS agents in violation of Title 18, United States

6 | Code, Section 1001 by stating that she had taken a cab she picked at random from the Pudong

7 | Shanghai International Airport on April 24, 2007, and that no one had met her at the airport to

8 | pick her up.

10 | COUNT THREE: 18 U.S.C. § 1001

11 | On or about May 3, 2007, in the Northern District of California, the defendant,

12 | MALEKA MAY,

13 | in a matter within the jurisdiction of DHS, an agency of the United States, did knowingly and

14 | willfully make material false statements to DHS agents in violation of Title 18, United States

15 | Code, Section 1001 by stating that the clothes in the two bags she checked on April 23, 2007

16 | were her clothes and clothes for her female cousin, and that she did not take any other clothes or

17 | gifts for anyone else.

DATED:
05/29/07

A TRUE BILL.

_[signature]_
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_[signature]_
GREGG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _[signature]_ )
AUSA JULIE ARBUCKLE

INDICTMENT                              2