SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0333 VRW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER CONTINUING STATUS DATE, SETTING INITIAL APPEARANCE |
| ) | BEFORE DISTRICT JUDGE, AND |
| MALEKA MAY, ) | EXCLUDING TIME |
|     Defendant. ) | |

    WHEREAS the parties currently are scheduled to appear before Magistrate Judge Bernard Zimmerman on June 6, 2007 at 9:30 a.m for status, arraignment on the Indictment filed May 29, 2007, and setting of an initial appearance before Chief Judge Vaughn R. Walker;

    WHEREAS the charges set forth in the Indictment were contained in the Complaint on which Defendant was arraigned on May 4, 2007, and the maximum penalties remain the same;

    WHEREAS Judge Walker's next court date for an initial appearance in a criminal case is June 19, 2007 at 10:30 a.m.; and

    WHEREAS Defendant (who is out of custody) and her counsel reside in Arizona and would like to avoid costs associated with traveling from Arizona to San Francisco on June 6, 2007;

    WHEREAS defense counsel also requires adequate time to obtain and review information

1  and discovery relevant to the charges in this case.

2  THE PARTIES HEREBY STIPULATE AND AGREE THAT:

3  (1) The arraignment on the Indictment shall be continued from June 6, 2007 to June 19, 2007

4  at 9:30 a.m. before Magistrate Judge Bernard Zimmerman;

5  (2) The parties' initial appearance before Chief Judge Vaughn R. Walker shall be set for June

6  19, 2007 at 10:30 a.m.; and

7  (3) Time should be excluded from the calculations under the Speedy Trial Act and Federal

8  Rule of Criminal Procedure 5 from June 6, 2007 to June 19, 2007 for good cause and effective

9  preparation of counsel, in that defense counsel required adequate time to obtain and review

10 information and discovery relevant to the charges in this case.  There is good cause for granting

11 the continuance, and it is the reasonable time necessary for effective preparation of defense

12 counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

13 Additionally, the ends of justice served by such a continuance outweigh the best interests of the

14 public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

15 SO STIPULATED:

16                                         SCOTT N. SCHOOLS
                                           United States Attorney
17

18 DATED: June 4, 2007            _____/s/_____
                                           JULIE A. ARBUCKLE
19                                         Assistant United States Attorney

20                                         GALLAGHER & KENNEDY

21
   DATED: June 4, 2007            _____/s/_____
22                                         Paul Charlton
                                           Attorney for Defendant Maleka May
23

24 PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:

25 (1) The arraignment on the Indictment shall be continued from June 6, 2007 to June 19, 2007

26 at 9:30 a.m. before Magistrate Judge Bernard Zimmerman;

27 (2) The parties' initial appearance before Chief Judge Vaughn R. Walker shall be set for June

28 19, 2007 at 10:30 a.m.; and

1    (3) For the reasons stated above, the Court finds that the ends of justice served by the
2 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
3 time should be excluded from the calculations under the Speedy Trial Act and Federal Rule of
4 Criminal Procedure 5 from June 6, 2007 to June 19, 2007 for good cause and the effective
5 preparation of defense counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the
6 requested continuance would deny counsel reasonable time necessary for effective preparation,
7 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
8 See 18 U.S.C. §3161(h)(8)(B)(iv).

10 SO ORDERED.

12 DATED:__June 4, 2007 __

Bernard Zimmerman
United States Magistrate Judge



Stipulation and [Proposed] Order Continuing Status Date, Setting Initial Appearance, and Excluding Time - CR No. 07-0333 VRW

3