1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6838

7     Fax: (415) 436-7234
      tamara.weber@usdoj.gov

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 07-0333 VRW
                                     )
15        Plaintiff,                 )
                                     )    **NOTICE OF CHANGE OF COUNSEL**
16     v.                            )
                                     )
17  MALEKA MAY,                      )
                                     )
18        Defendant.                 )
                                     )
19  _____ )

20

21        The United States Attorney's Office hereby files this Notice of Change of Counsel to

22  advise the court that the assigned Special Assistant United States Attorney ("SAUSA") for this

23  case is Tamara Weber.  Future ECF notices should be sent to SAUSA Weber only at the email

24  address of tamara.weber@usdoj.gov.  AUSA Julie Arbuckle should be removed from the list

25

26  //

27  //

28  //
    NOTICE OF CHANGE OF COUNSEL
    [ 07-0333 VRW]

1    of persons to be noticed.

2

3    DATED: June 8, 2007                    Respectfully submitted,

4                                           SCOTT N. SCHOOLS
                                            United States Attorney
5

6                                            /s/ Tamara Weber
                                            TAMARA WEBER
7                                           Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL
[ 07-0333 VRW]