UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  June 19,  2007

Case No.  CR 07-0333  VRW

Case Title:  USA v.  MALEKA MAY (PRESENT)

Attorneys:

For the Government:  Tamara Weber

For the Defendant(s):  William Goodman

Deputy Clerk:  **Cora Klein**          Reporter:  Juanita Gonzalez
                                        Interpreter:

**PROCEEDINGS**

1)  Initial appearance/Status

2)  Defendant agree to exclude time for effective preparation of counsel; govt to prepare the
Order for exclusion of time.

Case Continued to:      7/31/2007  @10:30 a.m.      For Status/Date Setting

EXCLUDABLE DELAY :   Effective preparation of counsel
                Begin: 6/19/07    End: 7/31/07