UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  July 31, 2007

Case No.  CR 07-0333  VRW

Case Title:  USA v. MALEKA MAY (NO CUSTODY)PRESENT

Attorneys:
    For the Government:  Allison Danner for Tamara Weber

    For the Defendant(s):  WilliamGoodman

Deputy Clerk:  **Cora Klein**           Reporter: Kathy Wyatt
                                                        Interpreter:

**PROCEEDINGS**

1)  Further Status

Case Continued to:  9/11/2007 @10:30 a.m.     For Further Status/Change of Plea/Trial Setting

**NOTES**

The court point out to the parties that no stipulation and order excluding time from the last appearance of the case, 6/19/2007 has been filed.
Defense counsel informed the court of negotiation with the govt of potential related charges to be consolidated with the present case  will be brought in.
Defense counsel also informed the court of a potential motion to modify the condition of the defendant's pretrial release.
Parties will be filing a stipulation and order to exclude time from June 19, 2007 to July 31, 2007.
Defendant agree that time be excluded from the speedy trial act from 7/31/2007 to the next hearing date.

time: 10:44 - 11:00