SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6838
   Facsimile:  (415) 436-7234
   tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0333 VRW |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) | |
| v. ) | 18 U.S.C. §3161(h)(8)(A) & (B) |
| ) | |
| MALEKA MAY, ) | |
| ) | SAN FRANCISCO VENUE |
|    Defendant. ) | |
| ) | |

With the agreement of the parties in open court on July 31, 2007, the Court enters this order excluding time under the Speedy Trial Act from July 31, 2007, to September 11, 2007, the next hearing date. The parties agree, and the Court finds and holds, as follows:

    1. Ms. May has been charged in a three count indictment for False Statements, in violation of 18 U.S.C. § 1001. Ms. May is out of custody on a $1,000,000 secured bond.

    2. Discovery has been produced to the defendant. As the Government advised the Court, the continuance is necessary for effective preparation, because the parties are negotiating a settlement and the continuance is necessary to review the evidence and evaluate the case.

    3. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance

STIPULATION AND [PROP.] ORDER
CR 07-0333 VRW

would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from July 31, 2007, to September 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

      4. Accordingly, the Court sets a new hearing date on September 11, 2007, and order that the period from July 31, 2007, to September 11, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED:   July 31, 2007                         /s/ Tamara Weber
                                               TAMARA WEBER
                                               Special Assistant United States Attorney


DATED:   July 31, 2007                         /s/ Paul Charlton
                                               PAUL CHARLTON
                                               Attorney for Defendant Maleka May

**IT IS SO ORDERED**.  The parties shall appear on September 11, 2007 at 10:30 a.m. for Settlement.  The time from July 31, 2007 to September 11, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED:_____              _____
                                         THE HON. VAUGHN R. WALKER
                                         United States Chief District Judge

STIPULATION AND [PROP.] ORDER
CR 07-00158 SI                           2