1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102
       Telephone: (415) 436-6838
7      Facsimile:  (415) 436-7234
       tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,    )    No.  CR 07-0333 VRW
14                              )
        Plaintiff,               )    STIPULATION AND [PROPOSED] ORDER
15                              )    EXCLUDING TIME
        v.                       )    18 U.S.C. §3161(h)(8)(A) & (B)
16                              )
   MALEKA MAY,                   )
17                              )    SAN FRANCISCO VENUE
        Defendant.               )
18 _____)

19
20      With the agreement of the parties in open court on July 31, 2007, the Court enters this order
21 excluding time under the Speedy Trial Act from July 31, 2007, to September 11, 2007, the next
22 hearing date. The parties agree, and the Court finds and holds, as follows:
23      1. Ms. May has been charged in a three count indictment for False Statements, in violation
24 of 18 U.S.C. § 1001. Ms. May is out of custody on a $1,000,000 secured bond.
25      2. Discovery has been produced to the defendant. As the Government advised the Court,
26 the continuance is necessary for effective preparation, because the parties are negotiating a
27 settlement and the continuance is necessary to review the evidence and evaluate the case.
28      3. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance

STIPULATION AND [PROP.] ORDER
CR 07-0333 VRW

1. would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from July 31, 2007, to September 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

    4. Accordingly, the Court sets a new hearing date on September 11, 2007, and order that the period from July 31, 2007, to September 11, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED: July 31, 2007

/s/ Tamara Weber
TAMARA WEBER
Special Assistant United States Attorney

DATED: July 31, 2007

/s/ Paul Charlton
PAUL CHARLTON
Attorney for Defendant Maleka May

**IT IS SO ORDERED**. The parties shall appear on September 11, 2007 at 10:30 a.m. for Settlement. The time from July 31, 2007 to September 11, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED: Aug. 1, 2007

THE HON. VAUGHN R. WALKER
United States Chief District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*