SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6838
   Facsimile:  (415) 436-7234
   tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 07-0333 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME *NUNC PRO TUNC* |
| v. | ) | 18 U.S.C. §3161(h)(8)(A) & (B) |
| MALEKA MAY, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

   With the agreement of the parties in open court on July 31, 2007, the Court enters this *Nunc Pro Tunc* Order excluding time under the Speedy Trial Act from June 19, 2007, through July 31, 2007.

The parties agree, and the Court finds and holds, as follows:

   1. On June 19, 2007, the parties asked the court to exclude time from the Speedy Trial Act from June 19, 2007, to July 31, 2007, based on effective preparation of counsel, because the government would be serving discovery to the defense, and the defense would need additional time to review the evidence.

   2. The Court granted the request of the parties to exclude time from the Speedy Trial Act

STIPULATION AND [PROP.] ORDER NUNC PRO TUNC
CR 07-0333 VRW

1  from June 19, 2007, to July 31, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of
justice served by excluding the period, outweigh the best interest of the public and the Defendant in
a speedy trial.

   3. The government failed to submit a written stipulation and order excluding time from June 19, 2007 to July 31, 2007, before the court date on July 31, 2007.

   4. On July 31, 2007, the parties agreed that time should be excluded from the Speedy Trial Act from June 19, 2007 to July 31, 2007, *nunc pro tunc*.

   5. Thus, the parties agree, and the Court finds and holds, *nunc pro tunc,* that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from July 31, 2007, to September 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(A).

   4. Accordingly, the Court orders that the period from June 19, 2007, to July 31, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), *nunc pro tunc*.

**IT IS SO STIPULATED**.

DATED:  July 31, 2007                      /s/ Tamara Weber
                                           TAMARA WEBER
                                           Special Assistant United States Attorney


DATED:  July 31, 2007                      /s/ Paul Charlton
                                           PAUL CHARLTON
                                           Attorney for Defendant Maleka May


   **IT IS SO ORDERED**.  The time from June 19, 2007 to July 31, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED:  Aug. 1, 2007                       _____
                                           THE HON. VAUGHN R. WALKER
                                           United States Chief Judge



STIPULATION AND [PROP.] ORDER
CR 07-00158 SI                             2