SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

ALLISON M. DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0333 VRW |
|     Plaintiff, ) | |
| ) | **NOTICE OF CHANGE OF COUNSEL** |
|   v. ) | |
| MALEKA MAY, ) | |
|     Defendants. ) | |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney for this case is Allison M. Danner. Future ECF notices should be sent to AUSA Allison M. Danner only at the email address of allison.danner@usdoj.gov.

//
//
//
//
//

NOTICE OF CHANGE OF COUNSEL
[CR 07-0333 VRW]

1  SAUSA Tamara Weber should be removed from the list of persons to be noticed.

3  DATED: August 13, 2007                    Respectfully submitted

4                                            SCOTT N. SCHOOLS
                                             United States Attorney

                                             _____/s/_____
7                                            ALLISON M. DANNER
                                             Assistant United States Attorney

NOTICE OF CHANGE OF COUNSEL
[CR 07-0333 VRW]