SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON DANNER (CABN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0333 VRW |
|     Plaintiff, ) | |
|     v. ) | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA/TRIAL SETTING** |
| MALEKA MAY, ) | |
|     Defendant. ) | |

    The parties hereby respectfully request and stipulate, with the consent of the defendant, that the change of plea/trial setting date be continued from Tuesday, September 11, 2007 at 10:30 a.m. until Thursday, October 11, 2007 at 1:30 p.m. Such a continuance would facilitate the parties' attempts to reach a disposition in this case. Plea negotiations are ongoing among the defendant, the United States Attorney's Office for the Northern District of California, and the United States Attorney's Office for the Eastern District of Washington. The parties are hopeful that a proposed disposition to the charges pending in this district, as well as potential charges in the Eastern District of Washington, can be reached by October 11, 2007.

    Accordingly, the parties respectfully request that the change of plea/trial setting

1  date be continued from Tuesday, September 11, 2007 at 10:30 a.m. until Thursday,
2  October 11, 2007 at 1:30 p.m.  In addition, the parties respectfully request that this Court
3  grant an exclusion of time under the Speedy Trial Act.  In light of the fact that discovery
4  has just been provided with regard to the charges that are anticipated from the Eastern
5  District of Washington, failure to grant the requested continuance would unreasonably
6  deny defense counsel reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence, in this case.  18 U.S.C. § 3161(h)(8)(A).
8
9        IT IS SO STIPULATED:
10
11 DATED: September 7, 2007              _____\s_____
                                         PAUL K. CHARLTON
12                                       Attorney for Defendant
13
14 DATED: September 7, 2007              _____\s_____
                                         ALLISON DANNER
15                                       Assistant United States Attorney
16
17       For the reasons set forth above, IT IS HEREBY ORDERED that the status
18 conference/change of plea date, be continued from Tuesday, September 11, 2007 at
19 10:30a.m. until Thursday, October 11, 2007 at 1:30 p.m.   It is FURTHER ORDERED that
20 the time from September 11, 2007 through Thursday, October 11, 2007 be excluded under
21 the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).
22
23 DATED:_____              _____
                                       VAUGHN R. WALKER
24                                     Chief Judge, United States District Court
25
26
27
28