1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CABN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )
13                                  )   No. CR-07-0333 VRW
                                    )   [Filed May 29, 2007]
14         v.                       )
                                    )
15                                  )
   MALEKA MAY                       )
16                                  )
                                    )
17         Defendant.                )
   _____)
18
   UNITED STATES OF AMERICA,        )
19         Plaintiff,               )   No.CR-07-0633 SI
                                    )   [Filed October 5, 2007]
20         v.                       )
                                    )   NOTICE OF RELATED CASE
21 MALEKA MAY                       )   IN A CRIMINAL ACTION AND
                                    )   [PROPOSED] ORDER
22                                  )
           Defendant.                )   (San Francisco Venue)
23 _____)

24

25
       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court
26
   that the two above-captioned criminal cases are related. The more recent case, filed on October
27
   5, 2007 (see Attachment) arises out of the same set of facts and involves the same defendant as
28

   NOTICE OF RELATED CASES
   U.S. v. MAY

the Indictment in case CR-07-0333 VRW.  The charges involved in case CR-07-0633 SI were originally filed in the Eastern District of Washington and then transferred to the Northern District of California pursuant to F.R.C.P. 20.  We anticipate that Maleka May, the defendant in both cases, will plead guilty to charges involving both cases in a single proceeding on October 11, 2007.  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor by the two judges.

    Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date:  October 5, 2007                           Respectfully Submitted,
                                                       SCOTT N. SCHOOLS

                                                       _____/s/_____
                                                       ALLISON MARSTON DANNER
                                                       Assistant United States Attorney

IT IS SO ORDERED.

Dated:  _____

                                                       _____
                                                       VAUGHN R. WALKER
                                                       United States District Court Judge