UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:   October 11, 2007

Case No.  CR 07-0333   VRW
          CR 07-0633   VRW

Case Title:   USA  v.  MALEKA MAY (NO CUSTODY) PRESENT

Attorneys:
    For the Government:   Allison Danner

    For the Defendant(s):   William Goodman

Deputy Clerk:  **Cora Klein**            Reporter:  Jim Yeomans
                                         Interpreter:

## PROCEEDINGS

1)   Change of Plea - held


Case Continued to:    11/29/2007 at 1:30 PM    For Sentencing

## SUMMARY

Defendant Maleka May agree to plead guilty to Count One of the Indictment in CR07-0333 in violation of Title 18 U.S.C. 1001 - making a false statement to an agency of the United States and to Count One of the Information in CR07-0633 in violation of Title 18 U.S.C. 1001 making a false statement to an agency of the United States. The defendant has been advised of the charges. In the plea agreement, the defendant agree to give up all rights to proceed to trial, including the rights to a jury trial with the assistance of an attorney, agree to give up right to appeal her convictions, the judgment and orders of this court, agree to waive any right to appeal any aspect of her sentence, including any orders relating to forfeiture and/or restitution.  As to CR07-0633, the defendant agree to waive any right or claim of venue and waive any objection to improper venue and agree to this matter adjudicated in the venue of the Northern Dist of California. The defendant agree not to file any collateral attack on the convictions or sentences, including a petition under 28 USC 2255 at any time in the future after sentenced, agree not to ask the court to withdraw guilty pleas at any time after they are entered. Matter ref for expedited psr.

time: 12 min.