UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge



Date: November 29, 2007

Case No. CR07-0333 VRW related to CR07-0633 VRW

Case Title: USA v. MALEKA MAY (NO CUSTODY) PRESENT

Attorneys:
    For the Government: Allison Danner

    For the Defendant(s): William Goodman

Deputy Clerk: Cora Klein      Reporter: Margo Gurule
                                             USPO: Jacqueline Sharpe

## PROCEEDINGS

1) Judgment and Sentencing

### ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this court that Maleka May is hereby placed on probation for 3 years. This term consists of 3years on count one in CR07-333 and 3 years on count one in CR07-633, all such terms to run concurrently, shall comply with the standard conditions and additional conditions that the court have adopted, shall pay a special assessment of $200, for the two criminal cases, to be paid immediately to the United States, no fine.

time: 12 min.