UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

FILED
DEC 3 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: __November 29, 2007__

Case No. __CR07-0333 VRW related to CR07-0633 VRW__

Case Title: __USA v. MALEKA MAY (NO CUSTODY) PRESENT__

Attorneys:
    For the Government: __Allison Danner__

    For the Defendant(s): __William Goodman__

Deputy Clerk: __Cora Klein__      Reporter: __Margo Gurule__
                                                 USPO: Jacqueline Sharpe

## PROCEEDINGS

1) __Judgment and Sentencing__

### ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this court that Maleka May is hereby placed on probation for 3 years. This term consists of 3years on count one in CR07-333 and 3 years on count one in CR07-633, all such terms to run concurrently, shall comply with the standard conditions and additional conditions that the court have adopted, shall pay a special assessment of $200, for the two criminal cases, to be paid immediately to the United States, no fine.

time: 12 min.