WILLIAM M. GOODMAN (SBN#061305)
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant
**MALEKA MAY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MALEKA MAY,<br><br>    Defendant. | NO. CR-07-333-VRW<br><br>**[PROPOSED] ORDER EXONERATING APPEARANCE BOND AND DIRECTING RETURN OF APPEARANCE BOND CASH SECURITY, AND DIRECTING RECONVEYANCE OF REAL PROPERTY SECURING APPEARANCE BOND** |

Good cause appearing, it is hereby ordered that the appearance bond in the above-entitled case (which was posted under case number 3-07-70263 EDL) is hereby exonerated. The Clerk of the Court is ordered to return the $77,000 cash security to Ruby Stewart, 16429 North Boulder Drive, Fountain Hills, Arizona 85268 and is further ordered to execute the two Deeds of Release and Reconveyance in favor of Daniel T. Lupien, 16429 North Boulder Drive, Fountain Hills,

///

///

///

///

1

[Proposed] Order Exonerating Appearance Bond And Directing Return Of Appearance Bond Cash Security, And Directing Reconveyance Of Real Property Securing Appearance Bond

8003186

Arizona 85268, and send those executed Deeds of Release and Reconveyance by first class mail to Mr. Lupien at that mailing address.

    IT IS SO ORDERED.

Dated: _____

Hon. Vaughn R. Walker
Chief United States District Judge

Approved as to form:

    /s/
Allison Danner
Assistant United States Attorney

2

[Proposed] Order Exonerating Appearance Bond And Directing Return Of Appearance Bond Cash Security, And Directing Reconveyance Of Real Property Securing Appearance Bond

8003186