01/23/2008 03:24 PM EDT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

**San Francisco**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | US V MAY | | | | | | | |

Case No. DCAN307CR000333

| 001 | MALEKA MAY | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611014793 | 1 | PR | 100.00 | 01/18/2008 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Division Payment Total　　100.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grand Total　　　　　　　100.00

$ 100.00  SPECIAL ASSESSMENT
           PAID IN FULL
           01-18-08

CR 07-333 VRW

Page 1 of 1